IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. B-05-649 |
| JULIO CESAR RODRIGUEZ-CASTRO | § § § | |

**ORDER**

BE IT REMEMBERED on this 15 day of December, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 9, 2005, wherein the defendant Julio Cesar Rodriguez-Castro waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Julio Cesar Rodriguez-Castro to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Julio Cesar Rodriguez-Castro guilty of the offense of alien unlawfully being present in the United States after having been convicted of an felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this the 15 day of December, 2005.

Hilda G. Tagle
United States District Judge